IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIRST EVANGELICAL LUTHERAN CHURCH OF LINCOLN, NEBRASKA, a non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY, an Indiana company;<br><br>Defendants. | 4:23CV3180<br><br>**PRETRIAL CONFERENCE ZOOM INSTRUCTIONS** |

The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on June 15, 2026 beginning at 1:00 p.m., and will be conducted by Zoom conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to deluca@ned.uscourts.gov, in Word format, by 5:00 p.m. on June 8, 2026.

Accordingly, IT IS ORDERED:

1) All counsel will appear by videoconference using Zoom. At the time of the conference, counsel must be connected to the videoconference using the connection information below:

1

https://ned-uscourts.zoomgov.com/j/1604301198?pwd=rWxcFrfaXl9MALUlMVMQyky39qX6gc.1

Meeting ID:  160 430 1198

Password: 405606

IP/H.323: 161.199.138.10

Dated this 2nd day of December, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge