IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIRST EVANGELICAL LUTHERAN CHURCH OF LINCOLN, NEBRASKA a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | **4:23CV3180**<br><br><br>**ORDER** |

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED:

1) On or before **July 2, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

1

Dated this 2nd day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge